IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM SCOTT MCKENNA,
Inmate No. P05294,
    Plaintiff,

vs.                                         Case No.: 3:17cv179/MCR/EMT

LINDA NOBLES, et al.,
    Defendants.
_____/

# O R D E R

This cause comes before the Court on for consideration of the Chief Magistrate Judge's Report and Recommendation dated April 4, 2017 (ECF No. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted

and incorporated by reference in this order.

2. The Amended Complaint, ECF No. 4, is rejected. Plaintiff did not have leave to file.

3. This action is **DISMISSED, with prejudice**, as frivolous, pursuant to 28 U.S.C. § 1915A.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 8th day of June 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**